**TABAK, MELLUSI & SHISHA LLP**
**29 BROADWAY**
**SUITE 2400**
**NEW YORK, NEW YORK 10006**
TEL (212) 962-1590
TEL (800) 280-1590
FAX (212) 385-0920
www.sealawyers.com

August 12, 2026

**VIA ECF**:
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED. The November 10, 2026 conference will be held virtually, via Microsoft Teams. Log-in credentials will be sent to counsel at their email addresses listed on the docket. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 307 971 711#.

Dated: August 12, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Re: Catherine Livi v. Schuyler Line Navigation Co.
SLNC GOODWILL
Case: 1:24-cv-07166 (JLR)
D/A: 10/23/22
Our File#: S2664.22

Dear Judge Rochon:

On July 21, 2026, Your Honor granted a motion extending expert discovery which resulted in the post discovery conference being rescheduled to November 10, 2026. I had just realized that I will be out of the country on that date. With the defendant's consent, we respectfully request that the conference either be rescheduled for some time after November 19, 2026, or that I would be allowed to appear remotely for the conference.

This is the first request for such an extension.

We thank the Court for its consideration and remain.

Respectfully yours,
TABAK, MELLUSI & SHISHA LLP

Jacob Shisha

JS/kf